IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DOUGLAS C. SANDHOFER | * | |
| Plaintiff | * | |
| v. | * | |
| S.G. MARINO CRANE SERVICE, INC. | * | Civil Action No. JFM 01-CV-4010 |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Defendant, S.G. Marino Crane Service, Inc., having moved for leave to file a Third-Party Complaint in this action, and

It appearing that good cause exists for the granting of said Motion, it is

ORDERED this _29th_ day of _Jan_____, 2002, that the said Motion be and hereby is granted and that the Third-Party Complaint attached to said Motion be and hereby is deemed filed in this action.

_____
United States District Judge

(B0238399.WPD;1):08732:00015