IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOUGLAS C. SANDHOFER           *

    Plaintiff                            *

Vs.                                              *

S.G. MARINO CRANE SERVICE, INC.   *   CASE NO.: JFM 01-CV-4010

    Defendant                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

**UPON DUE CONSIDERATION** of the aforegoing Motion for Leave to File Amended Complaint, it is this _14_ day of _March_, 2002, by the United States District Court for the District of Maryland, hereby;

**ORDERED**, that the Defendant's Motion for Leave to File Amended Complaint, be and is hereby **GRANTED**.

_____
JUDGE