IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DOUGLAS C. SANDHOFER | * | 2002 MAR 15 P 4: 40 |
| Plaintiff | * | |
| v. | * | |
| S. G. MARINO CRANE SERVICE, INC. | * | Civil Action No. JFM 01-CV-4010 |
| Defendant | * | |

\* \* \* \* \* \*

S. G. MARINO CRANE SERVICE, INC.   *

Third-Party Plaintiff   *

v.   *

ATLANTIC CRANE SERVICE, INC.   *
   t/a EASTERN CRANE SERVICE
7910 Stansbury Road   *
Baltimore, Maryland 21222
     *
Serve On:
Donald D. Gutermuth, Secretary   *

Third-Party Defendant   *

\* \* \* \* \* \* \* \* \*

## LINE

Clerk:

Please **strike** the appearance of James W. Bartlett, III, Scott H. Phillips, and Semmes, Bowen & Semmes as counsel for Defendant and Third-Party Plaintiff, S. G. Marino Crane Service, Inc.

_____
James W. Bartlett, III

_____
Scott H. Phillips
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201
(410) 539-5040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2002, a copy of the foregoing Line was mailed to Haven N. Shoemaker, Jr., Esquire, 838 Main Street, Hampstead, Maryland 21074.

_____
Scott H. Phillips

Sandhofer.Line.das  (B0249320.WPD;1):08732:00015

-2-