IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DOUGLAS C. SANDHOFER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. JFM-01-4010 |
| S.G. MARINO CRANE SERVICE, INC., | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Defendant, S.G. Marino Crane Service, Inc., hereby dismisses, with prejudice, the Third-Party Complaint it filed against Atlantic Crane Service, Inc. (Paper No. 9), on January 29, 2002.

Respectfully submitted,

BLANK ROME COMISKY & McCAULEY LLP

April 4, 2002
Date

_____
Kathleen McDermott, Federal Bar # 1694
Neil R. White, Fed Bar No. 24273
900 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Tel.: (202) 530-7400
Fax: (202) 463-6915

*Counsel for Defendant and Third-Party*
*Plaintiff, S.G. Marino Crane Service, Inc.*

104080.00613/35286802v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2002 copies of the foregoing Notice of Dismissal were caused to be sent by first class, postage prepaid mail to:

>Haven N. Shoemaker, Jr.
>838 Main Street
>Hampstead, Maryland  21074
>
>*Counsel for Plaintiff*

_____
Kathleen McDermott

2