IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DOUGLAS C. SANDHOFER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. JFM-01-4010 |
| S.G. MARINO CRANE SERVICE, INC., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Douglas C. Sandhofer, and Defendant, S.G. Marino Crane Service, Inc., by their undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed, without prejudice.

Respectfully submitted,

*[signature]*  
Haven N. Shoemaker, Jr.  
838 Main Street  
Hampstead, Maryland 21074  

*Counsel for Plaintiff,*  
*Douglas C. Sandhofer*

*[signature]*  
Kathleen McDermott, Federal Bar # 1694  
Neil R. White, Federal Bar # 24273  
Blank Rome Comisky & McCauley LLP  
900 17th Street, N.W., Suite 1000  
Washington, D.C. 20006  

*Counsel for Defendant, S.G. Marino*  
*Crane Service, Inc.*

MICROFILMED
- 3 2002

104080.00613/35286801v1

Approved  
*[signature]*  
5/3/02